IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:03-CV-1160-A |
| | ) | [wo] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In response to this court's Order of December 15, 2005, pursuant to *sentence 6* of 42 U.S.C. § 405(g), Defendant has filed a copy of the fully favorable decision for Plaintiff, rendered on November 14, 2005, by Administrative Law Judge Michael D. Anderson (*Response to Order*, Doc. 18, Jan 3, 2006 ). After consideration of the Commissioner's modified findings of fact in response to new evidence, and his conclusion that Plaintiff has been disabled since November 30, 2001, and thereby entitled to benefits under sections 216(I) and 223 as well as sections 1602 and 1614(a)(3)(A) of the Social Security Act, it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, be, and is hereby, entered in favor of Plaintiff, Julius Bennett, and against the Defendant, Commissioner of Social Security, pursuant to the Commissioner's decision.

Done this 4th day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE