IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:03-CV-1160-A |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION

On July 15, 2004, this court, adopting the *Recommendation of the Magistrate Judge,* entered on June 4, 2004, issued an Order reversing the Commissioner's decision and remanding the case to the Commissioner for further administrative consideration pursuant to sentence six of 42 U.S.C. §405(g). Subsequent to the remand proceedings, the Commissioner filed modified findings of fact on January 3, 2006 (Doc. 18). After consideration of the Commissioner's modified findings of fact in response to new evidence, and his conclusion that Plaintiff has been disabled since November 30, 2001, and thereby entitled to benefits, this court issued a Final Judgment in favor of the Plaintiff on January 4, 2006 (Doc. 19). Submitted now is the unopposed[1] *Application for Attorney Fees Under the Equal Access To Justice Act* (Doc. 20, filed Feb. 7, 2006).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of $1,608.35 for attorney's fees payable to counsel of record, William T. Coplin, Jr., at an hourly

---

[1]Defendant's *Response*, filed February 22, 2006 (Doc.22), advises that the Commissioner "does not contest the award of attorney fees under the Equal Access to Justice Act (EAJA),...in the total amount of $1,608.35" and requests that "the Court's order reflect that EAJA fees should be made payable to William T. Coplin, Jr."

rate of $156.15.[2] The court finds that Plaintiff's motion for attorney's fees is timely filed and that he is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the July 15, 2004 *Order*, the court reversed the Commissioner' decision denying disability benefits and remanded the case for further administrative consideration and *Final Judgment* was entered on January 4, 2006 in favor of the Plaintiff after consideration of the Commissioner's modified findings of fact.  Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the *Application for Attorney Fees Under the Equal Access To Justice Act* (Doc. 20, filed Feb. 7, 2006) is **GRANTED** in the total amount of *$1,608.35* payable to Plaintiff's counsel of record, William T. Coplin, Jr.

DONE this 27th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

---

[2]Plaintiff's fee itemization reflects a total of 10.30 hours of services rendered between November 18, 2003 and November 28, 2005.